OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE



John A. Cerino
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 15, 2020

Register in Chancery
Court of Chancery
New Castle County Courthouse
500 N. King Street
Wilmington, DE 19801

   RE: D. DEL. Case No. 19-2228-LPS  Pliscott v. Disbrow

Dear Clerk:

Pursuant to the Order of Remand dated January 13, 2020 signed by Judge Leonard P. Stark remanding the above case to your Court, enclosed please find the following items:

(X) Certified copy of the USDC docket sheet
(X) Certified copy of the Order of Remand

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

      Sincerely,
      John A. Cerino, Clerk of Court

      By: _____
        Deputy Clerk

Encs.

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

ATTN: _L.P.S_



FILED U.S. DIST. COURT
DISTRICT OF DELAWARE
2020 JAN 22 PM 2:48

U.S.M.S
X-RAY

**BUSINESS REPLY MAIL**
FIRST CLASS MAIL    PERMIT NO. 12615    WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**844 N KING ST UNIT 18**
**WILMINGTON DE  19801-3570**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES